IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JEVAN SNEAD,** § | | **CIVIL NO. 5:16-cv-01134-OLG** |
| **Individually and on Behalf of All** § | | |
| **Others Similarly Situated** § | | |
|     **Plaintiff,** § | | |
| § | | **COLLECTIVE ACTION** |
| **VS.** § | | |
| § | | |
| **EOG RESOURCES, INC.,** § | | |
|     **Defendant.** § | | **JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS OF COUNTER-CLAIMS FOR INDEMNIFICATION, BREACH OF CONTRACT, AND <u>UNJUST ENRICHMENT</u>

On this day, came on to be heard Plaintiff's Motion for Judgment on the Pleadings of Counter-claims for Indemnification, Breach of Contract, and Unjust Enrichment pursuant to Rule 12(c) of the Federal Rules of Civil Procedure (the "Motion"). The court, having reviewed the Motion and the parties' briefing on it, is of the opinion that the Motion should be granted. It is therefore, ORDERED that the Motion is GRANTED. It is further:

ORDERED that the Defendant's counter-claims for Breach of Contract, Indemnification, and Unjust Enrichment are dismissed with prejudice.

Signed this _____ day of _____, 2017

                                                       _____
                                                     ORLANDO GARCIA
                                                     UNITED STATES DISTRICT JUDGE