EXHIBIT C

●●●●● Verizon   LTE          9:08 AM          ⏰ ✳ 64% 🔋

‹                              **Photo**                              ↻



jevansnead



♡   ◯   ◁                                          🔖

♥ **35 likes**

**jevansnead** Miramont Country Club. Not bad for College Station.

View all 3 comments

OCTOBER 10, 2014


EXHIBIT NO. 10

⌂        🔍        ⊕        ♡        ◯

Snead v. EOG
EOG 013471

EXHIBIT C

# Jevan Snead

███████████████████

BILL TO:
EOG Resources
19100 Ridgewood Pkwy, Bldg. 2
San Antonio, Tx 78259-1828

Invoice#        1020

| Name: | Jevan Snead | | 10/13/2014 | Vendor # | | 364083 | |
|---|---|---|---|---|---|---|---|
| ADDRESS: | 271 E. Garza | | Company: EOG | | | | |
| City: New Braunfels, TX 78130 | | | Ordered By: | Bobby Sanders | | | |
| DATE | GEN | SUB | PROPERTY # | RATE | TRUCK | MISC. | TOTAL |
| 9/29/2014 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/30/2014 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 10/1/2014 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 10/2/2014 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 10/3/2014 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 10/4/2014 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 10/5/2014 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 10/6/2014 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 10/7/2014 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 10/8/2014 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 10/9/2014 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 10/10/2014 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 10/11/2014 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 10/12/2014 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| Amount Invoiced | | | | | | | $5,550.00 |

PAYMENT DUE UPON RECEIPT
THANK YOU

_____
Jevan Snead

830-207
90063-300

Snead v. EOG
EOG 000078

EXHIBIT C

●●●●● Verizon  LTE          9:08 AM          ⏰ ✳ 64% 🔋

<     **Photo**                                    ↻

 jevansnead                          •••



♡   💬   ✈                                        🔖

**♥ 45 likes**

**jevansnead** Oxford bound! #hottytoddy #beatauburn

View all 3 comments

OCTOBER 31, 2014

            

Snead
EXHIBIT NO. 11

Snead v. EOG
EOG 013472

**EXHIBIT C**

# Jevan Snead

RECEIVED

NOV 1 0 2014

EOG RESOURCES, INC.

BILL TO:
EOG Resources
19100 Ridgewood Pkwy, Bldg. 2
San Antonio, Tx 78259-1828

Invoice#      1022

| Name: | Jevan Snead | | 11/10/2014 | | Vendor # | | 364083 | |
|-------|-------------|--|------------|--|----------|--|--------|--|
| ADDRESS: | 271 E. Garza | | | Company: EOG | | | | |
| City: New Braunfels, TX 78130 | | | | Ordered By: | Bobby Sanders | | | |
| DATE | GEN | SUB | PROPERTY # | | RATE | TRUCK | MISC. | TOTAL |
| 10/27/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 10/28/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 10/29/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 10/30/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 10/31/2014 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 11/1/2014 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 11/2/2014 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 11/3/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 11/4/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 11/5/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 11/6/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 11/7/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 11/8/2014 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 11/9/2014 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| Amount Invoiced | | | | | | | | $5,550.00 |

PAYMENT DUE UPON RECEIPT
THANK YOU

_____
Jevan Snead

830-207
90063-300

Snead v. EOG
EOG 000080

EXHIBIT C



**29 likes**

**jevansnead** Merry Christmas from the fam-o-lee @bpm297 @alexlbmoore #feliznavidad #patosborrachos2014

View all 4 comments

DECEMBER 19  2014

Snead
EXHIBIT NO. 12

Snead v. EOG
EOG 013473

EXHIBIT C

●●●●○ Verizon   LTE          9:10 AM          ⏰ ✳ 63% ▬▬

‹                          **Photo**                          ↻

![Hunting photo]

♡        ◯        ◁                              🔖

♥ **39 likes**

**jevansnead** First Annual Patos Borrachos. @bpm297
@alexlbmoore #patosborrachos2014 #ifitfliesitdies
#labrador

View all 2 comments

DECEMBER 20, 2014

         

Snead v. EOG
EOG 013474

EXHIBIT C

## Jevan Snead

BILL TO:
EOG Resources
19100 Ridgewood Pkwy, Bldg. 2
San Antonio, Tx 78259-1828

Invoice#      1025

| Name: | Jevan Snead | | | 12/22/2014 | Vendor # | | 364083 | |
|---|---|---|---|---|---|---|---|---|
| ADDRESS: | 271 E. Garza | | | Company: EOG | | | | |
| City: New Braunfels, TX 78130 | | | Ordered By: | Bobby Sanders | | | | |
| DATE | GEN | SUB | PROPERTY # | | RATE | TRUCK | MISC. | TOTAL |
| 12/8/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 12/9/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 12/10/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 12/11/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 12/12/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 12/13/2014 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 12/14/2014 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 12/15/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 12/16/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 12/17/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 12/18/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 12/19/2014 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 12/20/2014 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 12/21/2014 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| Amount Invoiced | | | | | | | | $5,700.00 |

PAYMENT DUE UPON RECEIPT
THANK YOU

_____
Jevan Snead

*830·207*
*90063–300*

Snead v. EOG
EOG 000083

EXHIBIT C



●●●●○ Verizon   LTE          9:11 AM          ⏰ ✳ 63% 🔋

‹                    **Photo**                    ↻

**jevansnead**
Dean & DeLuca Invitational ›                    •••



♡   ◯   ◁                              ⊓

♥ **41 likes**

**jevansnead** We weathered the storm at Colonial

View all 4 comments

MAY 22, 2015

EXHIBIT NO. B

   

Snead v. EOG
EOG 013475

EXHIBIT C

●●●●○ Verizon   LTE        9:11 AM        ⏰ ✳ 63% ▰▱

‹                    **Comments**

 **jevansnead** We weathered the storm at Colonial

 **zhrutland** See ya out there tomorrow brah

97w     Reply

 **molsen6** @jimcaswell

97w     Reply

 **jevansnead** @zhrutland give me a shout then

97w     Reply

 **statefarmgreg** Jealous!  My fave tournament!

97w     Reply



Snead v. EOG
EOG 013476

EXHIBIT C

# Jevan Snead

**RECEIVED**

MAY 2 6 2015

EOG RESOURCES, INC.

BILL TO:
EOG Resources
19100 Ridgewood Pkwy, Bldg. 2
San Antonio, Tx 78259-1828

Invoice#    1036

| Name: | Jevan Snead | | | 5/25/2015 | Vendor # | | 364083 | |
|---|---|---|---|---|---|---|---|---|
| ADDRESS: 271 E. Garza | | | | Company: EOG | | | | |
| City: New Braunfels, TX 78130 | | | | Ordered By: | Bobby Sanders | | | |
| DATE | GEN | SUB | PROPERTY # | | RATE | TRUCK | MISC. | TOTAL |
| 5/11/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 5/12/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 5/13/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 5/14/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 5/15/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 5/16/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 5/17/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 5/18/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 5/19/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 5/20/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 5/21/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 5/22/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 5/23/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 5/24/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| Amount Invoiced | | | | | | | | $5,550.00 |

PAYMENT DUE UPON RECEIPT
THANK YOU

Jevan Snead

830-207
900 63-300

EXHIBIT C





   

❤ **51 likes**

**jevansnead** Had a great time catching up with coach Chad Morris this weekend at SMU. Looking forward to an exciting season! @coachchadmorris @smufb #ponyup #SMU

AUGUST 29, 2015



  

Snead v. EOG
EOG 013477

EXHIBIT C

# Jevan Snead

██████████████████████

BILL TO:
EOG Resources
19100 Ridgewood Pkwy, Bldg. 2
San Antonio, Tx 78259-1828

Invoice#       1043

| Name: | Jevan Snead | | | 8/31/2015 | Vendor # | | 364083 | |
|---|---|---|---|---|---|---|---|---|
| ADDRESS: | 271 E. Garza | | | Company: EOG | | | | |
| City: New Braunfels, TX 78130 | | | | Ordered By: | Bobby Sanders | | | |
| DATE | GEN | SUB | PROPERTY # | | RATE | TRUCK | MISC. | TOTAL |
| 8/17/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 8/18/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 8/19/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 8/20/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 8/21/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 8/22/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 8/23/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 8/24/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 8/25/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 8/26/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 8/27/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 8/28/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 8/29/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 8/30/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| Amount Invoiced | | | | | | | | $4,800.00 |

PAYMENT DUE UPON RECEIPT
THANK YOU

_____
Jevan Snead

ℓ 36·207
90063-300

Snead v. EOG
EOG 000101

EXHIBIT C

●●●○○ Verizon   LTE          9:12 AM                    ⏰ ✳ 62% 🔋

‹                            **Photo**                        ↻

**♥ 132 likes**

**jevansnead** Can't wait to get back to Oxford this weekend. Looking forward to a great start to an even better season! #hottytoddy #olemiss #finallyfootballseason

View all 3 comments

SEPTEMBER 1, 2015

   

EXHIBIT NO. 15

Snead v. EOG
EOG 013478

EXHIBIT C

●●●○○ Verizon   LTE          9:13 AM          ⏰ ✳ 62% ▭

‹                          **Photo**                          ↻


Oxford Square ›



♡   💬   ✈                                              🔖

♥ **79 likes**

**jevansnead** Greatest college town there is #oxford
#olemiss

View all 2 comments

SEPTEMBER 5, 2015

⌂      🔍      ⊕      ♡

EXHIBIT NO. 16

Snead v. EOG
EOG 013479

EXHIBIT C

●●●○○ Verizon   LTE                9:13 AM              🕐 ✱ 62% 🔋

‹                          **Photo**                          ↻

 **jevansnead**                                    ···
Pickwick, Mississippi ›



♡   ○   ◁                                                    🔖

♥ **52 likes**

**jevansnead** God's country

View 1 comment

SEPTEMBER 6, 2015

⌂          🔍          ⊕          ♡          Snead v. EOG
EOG 013481

EXHIBIT C

●●●○○ Verizon   LTE     9:13 AM     ⏰ ✳ 62% 🔋

‹     **Photo**     ↻

jevansnead     •••



♥ **20 likes**

**jevansnead** The falls at Pickwick

SEPTEMBER 6, 2015

Snead v. EOG
EOG 013480

EXHIBIT C

●●○○○ Verizon   LTE   9:13 AM   ◉ ✳ 62% ▪️▭

‹   **Photo**   ↻

···

 The Palmer Course La Cantera ›



♡   ◯   ◁       ▯

● **33 likes**

**jevansnead** Survived another tough Friday #givinglessons to @yorkgill

View 1 comment

      

    

EXHIBIT NO. 17

Snead v. EOG
EOG 013482

EXHIBIT C

# Jevan Snead

BILL TO:
EOG Resources
19100 Ridgewood Pkwy, Bldg. 2
San Antonio, Tx 78259-1828                Invoice#      1044

| Name: | Jevan Snead | | | 9/14/2015 | Vendor # | | 364083 |
|---|---|---|---|---|---|---|---|
| ADDRESS: | 271 E. Garza | | | Company: EOG | | | |
| City: New Braunfels, TX 78130 | | | | Ordered By: | Bobby Sanders | | |
| DATE | GEN | SUB | PROPERTY # | RATE | TRUCK | MISC. | TOTAL |
| 8/31/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/1/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/2/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/3/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/4/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/5/2015 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 9/6/2015 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 9/7/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/8/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/9/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/10/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/11/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/12/2015 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 9/13/2015 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| Amount Invoiced | | | | | | | $5,700.00 |

PAYMENT DUE UPON RECEIPT
THANK YOU

_____
Jevan Snead

RECEIVED
SEP 14 '15
EOG RESOURCES, INC.

830-207
90063-300

Snead v. EOG
EOG 000102

EXHIBIT C



**❤ 56 likes**

**jevansnead** Starting this weekend off right #wheelsup

View 1 comment

Snead v. EOG
EOG 013483

EXHIBIT C

# Jevan Snead

███████████████████

BILL TO:
EOG Resources
19100 Ridgewood Pkwy, Bldg. 2
San Antonio, Tx 78259-1828          Invoice#     1045

| Name: | Jevan Snead | | | 9/28/2015 | Vendor # | | 364083 | |
|-------|-------------|-----|-----------|------|--------|-------|--------|--------|
| ADDRESS: | 271 E. Garza | | Company: EOG | | | | | |
| City: New Braunfels, TX 78130 | | | Ordered By: | Bobby Sanders | | | | |
| DATE | GEN | SUB | PROPERTY # | RATE | TRUCK | MISC. | TOTAL |
| 9/14/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/15/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/16/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/17/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/18/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/19/2015 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 9/20/2015 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 9/21/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/22/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/23/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/24/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/25/2015 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 9/26/2015 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 9/27/2015 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| Amount Invoiced | | | | | | | $5,550.00 |

PAYMENT DUE UPON RECEIPT
THANK YOU

_____
Jevan Snead

830·207
90063-300

Snead v. EOG
EOG 000103

EXHIBIT C



●●○○○ Verizon 🛜        9:57 AM        ⏰ ⁑ 54% 🔋

< **Photo** ↻

akjungwirth        •••



          

♥ **134 likes**

**akjungwirth** ACL is ehhhhh 😙 @jevansnead

OCTOBER 3, 2016



EXHIBIT NO. 19

                                Snead v. EOG
EOG 013484

EXHIBIT C





**❤ 40 likes**

**jevansnead** Hey..... It's game day @akjungwirth #hookem #OUSUCKS

View all 2 comments

OCTOBER 10, 2015

EXHIBIT NO. 20

Snead v. EOG
EOG 013485

EXHIBIT C

●●○○○ Verizon   LTE          9:16 AM          ⏰ ✳ 62% 🔋

‹                    **Photo**                    ↻

                                                 •••


Cotton Bowl ›



♡      ◯      ◁                              ⬛

♥ **58 likes**

**jevansnead** Hey.... It's game Bae #hookem
#OUSUCKS

View all 7 comments

OCTOBER 10, 2015

         

Snead v. EOG
EOG 013486

EXHIBIT C

# Jevan Snead

BILL TO:
EOG Resources
19100 Ridgewood Pkwy, Bldg. 2
San Antonio, Tx 78259-1828

Invoice#     1046

| Name: | Jevan Snead | | | 10/12/2015 | Vendor # | | 364083 | |
|---|---|---|---|---|---|---|---|---|
| ADDRESS: | 271 E. Garza | | | Company: EOG | | | | |
| City: New Braunfels, TX 78130 | | | | Ordered By: | Bobby Sanders | | | |
| DATE | GEN | SUB | PROPERTY # | | RATE | TRUCK | MISC. | TOTAL |
| 9/28/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 9/29/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 9/30/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 10/1/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 10/2/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 10/3/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 10/4/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 10/5/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 10/6/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 10/7/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 10/8/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 10/9/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 10/10/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 10/11/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| Amount Invoiced | | | | | | | | $5,550.00 |

PAYMENT DUE UPON RECEIPT
THANK YOU

_____
Jevan Snead

830-207
90063-300

Snead v. EOG
EOG 000104

EXHIBIT C



EXHIBIT NO. 21

Snead v. EOG
EOG 013487

EXHIBIT C

●●●○○ AT&T   LTE                    1:54 PM                    ⌐ ✳ 63% ▬▭

<     **Comments**

 **jevansnead** Gruene Hall with @akjungwirth 

 **keelyleonard** Do you two ever work?
72w   **Reply**

 **megangriffiin** are yall dating? I can't tell
72w   **Reply**

 **jevansnead** Better late than never
@laurenmgriffin
65w   **Reply**

 **laurenmgriffin** Hahahhahahha😊
65w   **Reply**

Snead v. EOG
EOG 013488

EXHIBIT C

# Jevan Snead

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

BILL TO:
EOG Resources
19100 Ridgewood Pkwy, Bldg. 2
San Antonio, Tx 78259-1828

Invoice#     1049

| Name: | Jevan Snead | | | 11/23/2015 | | Vendor # | | 364083 |
|---|---|---|---|---|---|---|---|---|
| ADDRESS: | 271 E. Garza | | | Company: EOG | | | | |
| City: New Braunfels, TX 78130 | | | | Ordered By: | Bobby Sanders | | | |
| DATE | GEN | SUB | PROPERTY # | | RATE | TRUCK | MISC. | TOTAL |
| 11/9/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 11/10/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 11/11/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 11/12/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 11/13/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 11/14/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 11/15/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 11/16/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 11/17/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 11/18/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 11/19/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 11/20/2015 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 11/21/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 11/22/2015 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| Amount Invoiced | | | | | | | | $5,700.00 |

PAYMENT DUE UPON RECEIPT
THANK YOU

_____
Jevan Snead

Snead v. EOG
EOG 000107

EXHIBIT C



EXHIBIT NO. 23

Snead v. EOG
EOG 013489

EXHIBIT C

●●○○○ Verizon 📶          9:52 AM          ⏰ ⚡ 56% 🔋

‹          **Photo**          ↻


jevansnead
Newport Beach, California ›          • • •



                        

♥ **91 likes**

View all 2 comments

**caseyfrankglenn** #loveyoulongtime

MAY 29, 2016

                              

Snead v. EOG
EOG 013490

EXHIBIT C

# Jevan Snead



BILL TO:
EOG Resources
19100 Ridgewood Pkwy, Bldg. 2
San Antonio, Tx 78259-1828          Invoice#      1063

| Name: | Jevan Snead | | | 5/31/2016 | Vendor # | 364083 | |
|---|---|---|---|---|---|---|---|
| ADDRESS: | 271 E. Garza | | | Company: EOG | | | |
| City: New Braunfels, TX 78130 | | | | Ordered By: | Bobby Sanders | | |
| DATE | GEN | SUB | PROPERTY # | RATE | TRUCK | MISC. | TOTAL |
| 5/16/2016 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 5/17/2016 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 5/18/2016 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 5/19/2016 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 5/20/2016 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 5/21/2016 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 5/22/2016 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 5/23/2016 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 5/24/2016 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 5/25/2016 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 5/26/2016 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 5/27/2016 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 5/28/2016 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 5/29/2016 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| Business Exp. | 830 | 207 | 90063-301 | 215.00 | | | $215.00 |
| | | | | | | | |
| Amount Invoiced | | | | | | | $5,615.00 |

PAYMENT DUE UPON RECEIPT
THANK YOU

_____
Jevan Snead

Snead v. EOG
EOG 000121

EXHIBIT C



Snead v. EOG
EOG 013491

EXHIBIT C

## Jevan Snead

BILL TO:
EOG Resources
19100 Ridgewood Pkwy, Bldg. 2
San Antonio, Tx 78259-1828

Invoice#     1064

| Name: | Jevan Snead | | | 6/13/2016 | Vendor # | | 364083 | |
|---|---|---|---|---|---|---|---|---|
| ADDRESS: | 271 E. Garza | | | Company: EOG | | | | |
| City: New Braunfels, TX 78130 | | | | Ordered By: | Bobby Sanders | | | |
| DATE | GEN | SUB | PROPERTY # | | RATE | TRUCK | MISC. | TOTAL |
| 5/30/2016 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 5/31/2016 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 6/1/2016 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 6/2/2016 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 6/3/2016 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 6/4/2016 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 6/5/2016 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 6/6/2016 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 6/7/2016 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 6/8/2016 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 6/9/2016 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 6/10/2016 | 830 | 207 | 90063-300 | | 300.00 | 150.00 | | $450.00 |
| 6/11/2016 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| 6/12/2016 | 830 | 207 | 90063-300 | | 300.00 | | | $300.00 |
| Business Exp. | 830 | 207 | 90063-301 | | 215.00 | | | $215.00 |
| | | | | | | | | |
| Amount Invoiced | | | | | | | | $5,765.00 |

PAYMENT DUE UPON RECEIPT
THANK YOU

_Jevan Snead_

EOG SA REVIEW / CONFIRMATION

| AFE#: | | | PRPTY#: | | |
|---|---|---|---|---|---|
| GEN: | (c+o+) | SUB: | GEN: | | SUB: |
| 230 231 232 | | | 810 820 | | |
| 235 236 237 | | | 830 240 | 207 | |
| SIGNED: | | | | | |
| EOG REP: JAKE MORRISON | | | | LOGIS | |

ALL INVOICES SUBJECT TO FUTURE AUDIT

Snead v. EOG
EOG 000122

EXHIBIT C