# EXHIBIT C-1

●●●●● Verizon   LTE         9:08 AM                    ⏰ ✻ 64% ▬

<                 **Photo**                ↻ 

 jevansnead                                    ...



                                    

❤ **35 likes**

**jevansnead** Miramont Country Club. Not bad for
College Station.

View all 3 comments

OCTOBER 10, 2014

                    ○

Snead v. EOG
EOG 013471

EXHIBIT C-1

●●●●● Verizon  LTE          9:08 AM          ⏰ ✳ 64% 🔋

‹                    **Photo**                    ↻

 jevansnead                    • • •



♡   ◯   ◁                              ⊓

♥ **45 likes**

**jevansnead** Oxford bound! #hottytoddy #beatauburn

View all 3 comments

OCTOBER 31, 2014

⌂       🔍       ⊕       ♡       ◯

Snead v. EOG
EOG 013472

EXHIBIT C-1



**29 likes**

jevansnead Merry Christmas from the fam-o-lee @bpm297 @alexlbmoore #feliznavidad #patosborrachos2014

View all 4 comments

DECEMBER 19, 2014

Snead v. EOG
EOG 013473

EXHIBIT C-1

 Verizon  LTE      9:10 AM       63%

< **Photo** ↻



        

♥ **39 likes**

**jevansnead** First Annual Patos Borrachos. @bpm297
@alexlbmoore #patosborrachos2014 #ifitfliesitdies
#labrador

View all 2 comments

DECEMBER 20, 2014

   

Snead v. EOG
EOG 013474

EXHIBIT C-1

●●●●○ Verizon  LTE        9:11 AM        🕐 ☀ 63% 🔋

‹        **Photo**        ↻

 **jevanssnead**        •••
Dean & DeLuca Invitational ›



♡   ○   ◁                                        ⊓

♥ **41 likes**

**jevanssnead** We weathered the storm at Colonial

View all 4 comments

MAY 22, 2015

        

Snead v. EOG
EOG 013475

EXHIBIT C-1

●●●●○ Verizon   LTE       9:11 AM       ⏰ ✳ 63% 🔋

< **Comments**

 **jevansnead** We weathered the storm at Colonial

 **zhrutland** See ya out there tomorrow brah
97w   Reply

 **molsen6** @jimcaswell
97w   Reply

 **jevansnead** @zhrutland give me a shout then
97w   Reply

 **statefarmgreg** Jealous!  My fave tournament!
97w   Reply

 Add a comment...       Post

Snead v. EOG
EOG 013476

EXHIBIT C-1

●●●●○ Verizon  LTE          9:12 AM          ◔ ✳ 62% ▰

<            **Photo**            ↻

SMU ›



                                

♥ **51 likes**

**jevansnead** Had a great time catching up with coach Chad Morris this weekend at SMU. Looking forward to an exciting season! @coachchadmorris @smufb #ponyup #SMU

AUGUST 29, 2015

               

Snead v. EOG
EOG 013477

EXHIBIT C-1

●●●○○ Verizon   LTE          9:12 AM          ⏰ ✳ 62% 🔋

< 　　　　　　　　**Photo**　　　　　　　　⟳



                                    

♥ **132 likes**

**jevansnead** Can't wait to get back to Oxford this weekend. Looking forward to a great start to an even better season! #hottytoddy #olemiss #finallyfootballseason

View all 3 comments

SEPTEMBER 1, 2015

         

Snead v. EOG
EOG 013478

EXHIBIT C-1

●●●○○ Verizon   LTE          9:13 AM          ⏰ ✱ 62% ▮

<           **Photo**          ↻

jevansnead
Oxford Square >            •••



            

♥ **79 likes**

**jevansnead** Greatest college town there is #oxford
#olemiss

View all 2 comments

SEPTEMBER 5, 2015

   

Snead v. EOG
EOG 013479

EXHIBIT C-1

●●●○○ Verizon   LTE          9:13 AM          ⏰ ✳ 62% ▪▪▪

‹                          **Photo**                          ↻

   jevansnead                          •••



♡   💬   ✈                                    🔖

❤ **20 likes**

**jevansnead** The falls at Pickwick

SEPTEMBER 6, 2015

⌂          🔍          ⊕          ♡          Snead v. EOG
EOG 013480

EXHIBIT C-1

●●●○○ Verizon   LTE          9:13 AM          ☀ ✻ 62% ▇

< **Photo** ↻

 **jevansnead**
Pickwick, Mississippi ›                    •••



♡  ◯  ◁                                    ◪

♥ **52 likes**

**jevansnead** God's country

View 1 comment

SEPTEMBER 6, 2015

⌂   🔍   ⊕   ♡                    Snead v. EOG
                                  EOG 013481

EXHIBIT C-1

●●○○○ Verizon ·LTE    9:13 AM    🕐 ✳ 62% ▬

< **Photo** ↻

 The Palmer Course La Cantera ›



♡  ○  ◁    🔖

♥ **33 likes**

**jevansnead** Survived another tough Friday #givinglessons to @yorkgill

View 1 comment

SEPTEMBER 11, 2015

🏠  🔍  ⊕  ♡

Snead v. EOG
EOG 013482

EXHIBIT C-1

 Verizon  LTE          9:14 AM           62%

< **Photo** ↻

 jevansnead



                                

♥ **56 likes**

**jevansnead** Starting this weekend off right
#wheelsup

View 1 comment

SEPTEMBER 25, 2015

   

Snead v. EOG
EOG 013483

EXHIBIT C-1

●●○○○ Verizon 📶                    9:57 AM                    ⏰ ⁎ 54% 🔋

‹                              **Photo**                              ↻

  **akjungwirth**                                      •••



                        

♥ **134 likes**

**akjungwirth** ACL is ehhhhh 😋 @jevansnead

OCTOBER 3, 2015

                        

Snead v. EOG
EOG 013484

EXHIBIT C-1

 Verizon  LTE          9:14 AM          62%

Photo

 jevansnead                                          •••



                        

❤ **40 likes**

**jevansnead** Hey..... It's game day @akjungwirth
#hookem #OUSUCKS

View all 2 comments

OCTOBER 10, 2015

      

Snead v. EOG
EOG 013485

EXHIBIT C-1

●●○○○ Verizon   LTE      9:16 AM      ⏰ ❋ 62% ▬

‹          **Photo**          ↻

 Cotton Bowl ›      •••



♡   ○   ◁          ⊟

♥ **58 likes**

**jevansnead** Hey.... It's game Bae #hookem #OUSUCKS

View all 7 comments

OCTOBER 10, 2015

⌂      🔍      ⊕      ♡      Snead v. EOG
EOG 013486

EXHIBIT C-1



EXHIBIT C-1



●●●○○ AT&T  LTE                    1:54 PM                    ⬈ ❋ 63% ▬

‹                          **Comments**

**jevansnead** Gruene Hall with @akjungwirth 😍

**keelyleonard** Do you two ever work?
72w   Reply

**megangriffiin** are yall dating? I can't tell
72w   Reply

**jevansnead** Better late than never
@laurenmgriffin
65w   Reply

**laurenmgriffin** Hahahhahahha😋
65w   Reply

▽  Add a comment...

Snead v. EOG
EOG 013488

EXHIBIT C-1

●●○○○ Verizon 📶                9:52 AM                🕐 ✳ 56% 🔋

< Photo ↻



♡ 💬 ➤                                            🔖

♥ **69 likes**

**jevansnead** B a e c a t i o n 😎

View all 2 comments

**clairekmartin** Ver' nice

MAY 26, 2016 · **SEE TRANSLATION**

🏠   🔍   ⊞   ♡

Snead v. EOG
EOG 013489

EXHIBIT C-1



Snead v. EOG
EOG 013490

EXHIBIT C-1



EXHIBIT C-1