# EXHIBIT D



**jevansnead** Survived another tough Friday #givinglessons to @yorkgill

EXHIBIT NO. 17

Snead v. EOG
EOG 013482

EXHIBIT D

# Jevan Snead

████████████████████

BILL TO:
EOG Resources
19100 Ridgewood Pkwy, Bldg. 2
San Antonio, Tx 78259-1828

Invoice#    1044

| Name: | Jevan Snead | | 9/14/2015 | | Vendor # | 364083 | |
|---|---|---|---|---|---|---|---|
| ADDRESS: | 271 E. Garza | | Company: EOG | | | | |
| City: New Braunfels, TX 78130 | | | Ordered By: | Bobby Sanders | | | |
| DATE | GEN | SUB | PROPERTY # | RATE | TRUCK | MISC. | TOTAL |
| 8/31/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/1/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/2/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/3/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/4/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/5/2015 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 9/6/2015 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 9/7/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/8/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/9/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/10/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/11/2015 | 830 | 207 | 90063-300 | 300.00 | 150.00 | | $450.00 |
| 9/12/2015 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| 9/13/2015 | 830 | 207 | 90063-300 | 300.00 | | | $300.00 |
| Amount Invoiced | | | | | | | $5,700.00 |

PAYMENT DUE UPON RECEIPT
THANK YOU

Jevan Snead

RECEIVED
SEP 14 '15
EOG RESOURCES INC.

830-207
90063-300

Snead v. EOG
EOG 000102

**EXHIBIT D**