# EXHIBIT G

IN IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JEVAN SNEAD, Individually and On Behalf of Others Similarly Situated** | § § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CIVIL ACTION NO. 5:16-cv-01134-OLG |
| EOG RESOURCES, INC., | § § § | |
| DEFENDANT. | § § § | |

### DECLARATION OF DENNIS SISSELL

1.  My name is Dennis Sissell. I am over 21 years of age and otherwise competent to make this affidavit. The statements in this declaration are true and correct according to my personal knowledge.

2.  I started consulting for EOG Resources ("EOG") as an independent contractor on September 8, 2014. I started as a water transfer consultant. I moved to fluid management in January of 2015. At first, I was helping the drilling department with frac trucks, oil base mud and the rental equipment that deals with oil base mud.

3.  On March 1, 2015, I started calling out vacuum trucks and end dumps. I have never worked with workover rigs, with the exception of the time that Jevan Snead would forward his phone to me.

4.  I recall that Jevan Snead had responsibility for around 22 workover rigs, and at some point was assigned work for one or more drilling rigs. The number of drilling rigs assigned

EOG Snead - DECLARATION OF DENNIS SISSELL 10.24.17.docx

EXHIBIT G

Snead v. EOG
EOG 013703



to Mr. Snead decreased in 2015 as the amount of drilling declined. Some of the drilling rigs that we were using became stacked in 2015.

5. From 2015 and 2016, the duties that I performed have changed from time to time. I originally worked exclusively with our drilling rigs In early 2016, I started handling production water, flowback. And completions Later in 2016, along with the disposal of those fluids

6. Mr. Snead would forward his phone calls to me frequently. For example, once he forwarded his calls to me when he was on vacation, and that time he was gone two-three days. That was during the July 4, 2015, holiday when Snead went to Destin, Florida. He forwarded his calls to me during that entire time. Sometimes he would do this without asking. I never said anything to him about it, and Snead would tell me he was sorry later.

7. I have worked for EOG as a contractor and not an employee. I have my own LLC agreement, which says that I am a contractor. EOG does not pay my taxes – I do. I was trained to do my work by David May and Jeremy Morrison, who are also consultants.

8. EOG does not micro manage or control the work that I have perform for them. In fact, Snead told me that he thought that he had saved EOG millions of dollars in terms of the decisions that he made on fluids logistics. The savings come from the way that we negotiate with vendors to get EOG better pricing, and how we call the vendor who can do the work most efficiently, and with the best service levels.

9. I set my own working schedule. On Monday thru Thursday, when I came into the office, I was typically in the office between 8-9 a.m., and I would typically leave the office between 4-4:30 pm. On Friday, I would be in the office between approximately 9:00 a.m. and noon, if I go into the office. I have rarely if ever worked more than 8 hours on a Friday. On


Saturday and Sunday, I do not come into the office and I work fewer hours on average. In terms of my phone, I ~~used~~ use my own telephone. I have an EOG phone, but I do not use it. I could make more money if I drove my truck for work on a given day, since I am paid a truck per diem, and I controlled that decision. I did not charge a truck rate on the weekends because I did not go into the office, but that was my decision. I get my employee benefits through my wife. When I am not in the office, I take phone calls from home or wherever it is best for my schedule.

10. I did not view the fact that I did some work at EOG's offices as making me an EOG employee. I could have done most or all of that work at home or someplace else. I even have a home office, and I work there frequently. Where I work is my choice. I can use EOG's copier and office equipment, but I can also use my own – my choice. I could also work other jobs – but I have not done so.

11  On my taxes, I take deductions for my own personal business, such as my truck and other work expenses. I take a deduction for some of my home expenses, and any other expenses that I incur. I have an accountant who advises me on that issue.

12. I have reviewed this written statement in detail, and made any changes that I think are appropriate to make it true and correct according to my personal knowledge. I declare under penalty of perjury that this statement is true and correct.

Signed this the 25 day of October, 2017

_____
Dennis Sissell, Affiant