# EXHIBIT J

IN IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JEVAN SNEAD, Individually and On Behalf of Others Similarly Situated | § § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CIVIL ACTION NO. 5:16-cv-01134-OLG |
| EOG RESOURCES, INC., | § § § | |
| DEFENDANT. | § § § | |

## DECLARATION OF MONTY DANIEL

1. My name is Monty Daniel. I am over 21 years of age and otherwise competent to make this declaration. The facts stated herein are within my personal knowledge and are all true and correct.

2. I am a fluids management consultant who performs services as an independent contractor for EOG Resources, Inc. ("EOG") in its San Antonio Division. I started performing services for EOG's Shared Services Division in July of 2014. When Jevan Snead resigned, I moved into his role focusing on workover rigs. I do the work under my own Limited Liability Company, and I have signed EOG's Master Services Agreement.

3. When I started performing this work, Jake Morrison, and I believe Bobby Sanders told me that I should expect my work for EOG to be a temporary job. I learned that, in this role, EOG paid me more than it paid its own employees, like Jake Morrison. Jake told me that I should not spend all my money, because the work would not be permanent. It would end when EOG started to pull back its work in the Eagle Ford.

4.   Workover rigs are sometimes called daylight rigs, because they typically do not work at night. These rigs typically move every 3-4 days. A workover rig consultant would call me in the evening before the move to set up fluids needed the next day. They would tell me the new rig location and the fluids that would be needed, and give me a time when they wanted the fluid to be delivered at the location. It would be my job to call the vendors to secure the fluids. I would decide which vendors to call and how to arrange the delivery. I would focus on identifying vendors with yards located closest to the rig location, which would save money on the drive time charged by the trucks from their yard to the rig location. I would also make the decision based on other considerations, such as vendor service and dependability. In the beginning, I was responsible for approximately 20-22 workover rigs. There was one 24-hour rig, and then later there was a second 24-hour rig. These 24-hour rigs did generate calls later in the evening, or even late at night. During the night, they operate just like the daylight rigs do during the day.

5.   In doing this work, I negotiated pricing from the vendors. I also negotiated with vendors to get them to change the services they provided in a manner that was efficient and saved money for EOG. For example, I convinced vendors to start providing hot oil and vacuum trucks in addition to their water trucks, which would provide efficiency for me and for EOG, because I could make one call to secure these multiple types of fluids, instead of two or three different calls. There would also be fewer invoices and paperwork. I also got vendors to move some trucks to different yard locations, so that their trucks would be stationed closer to our rigs. This was more efficient and saved EOG money, since one of the big areas of cost is the cost of the drive for the truck from the yard to the rig location.

EOG Snead - DECLARATION OF MONTE DANIEL 10.24.17.docx

ii

6.  In time, I was assigned responsibility for two drilling rigs, so I have experience working with drilling rigs as well.

7.  Most all of the work with workover rigs is done during daylight hours. In terms of the hours that I worked, in the summer, I would typically take most of the calls between 3-8 p.m. (when it got dark). In the winter, most of the calls would occur between 3-6 p.m. You would not be called by each rig every day. You would typically be called by about half of the workover rigs each day. Sometimes the workover rig consultants would call me with instructions and sometimes they would send me a text. Most of the calls were short—sixty to ninety seconds on average. I would then call the vendors, which would also be short calls—thirty seconds. Most of the calls ended around dark. There would be very few late calls at night. It would be very rare for them to call at night, but they might. On most days, I would get a regular night's sleep. In the mornings, I would start getting calls around 6:30 a.m. and there is a busy period in the early morning. I would take these calls at home or wherever it was convenient for me, at my election. EOG allowed me to work anywhere I wanted to work.

8.  If I go to the office, I get there between 7-7:30 a.m. I would typically eat breakfast and then start working on paperwork between 8-8:30 a.m. In the office, I might take calls from workover consultants; I would review and code invoices; and approve invoices. I usually ate lunch in our office cafeteria. Some vendors might come into the office after lunch, and I may take additional calls and do additional paperwork. I would usually leave the office between 3:30-4:00 p.m. This would be a typical schedule for Monday-Thursday. Friday was more of a half day.

9.  There would be a different schedule on the weekends. Workover rigs don't work on Sunday, most of the time. Typically, calls would be made on Friday or Saturday to arrange

for fluid delivery on Mondays, to minimize weekend work. I would not go into the office on Saturdays or Sundays. On most Saturdays, I might work 2-4 hours. On Sundays, I might work 1-2 hours. On Fridays, I would typically leave the office by noon, and there would be less paperwork done.

10. If for some reason I was unavailable to work, I was allowed to forward my phone calls to another fluid consultant, but I almost never did this, to the best of my recollection. In fact, I set up my deer lease such that I could take calls at my deer lease when I was hunting. I did not like forwarding my calls to the other consultants, because they had their own work to do.

11. When I was assigned one or more drilling rigs, the time I would spend working did not change drastically. Perhaps add another hour per day. Maybe there would be a few mores calls at night.

12. In terms of how I learned to do my job, I was trained for the work by other fluids consultants. Bobby Sanders and Jake Morrison let me and the other fluid consultants do things the way we want to do them. We consult with them from time to time, but the ultimate decision is ours. They may give input, but that is it. They did not closely supervise or control our work. They let us decide how it should be done.

13. I viewed myself as a contractor and not an EOG employee. I had my own LLC and paid taxes as self-employed. The MSA said that I was a contractor. I could do work for other companies, if I had the time to do it. EOG never withheld my taxes. I did not get vacation or sick time, or insurance, retirement or other fringe or other benefits. EOG did allow me to use its offices and office supplies, but that was for my convenience and at my option. I could use my own equipment and supplies if I chose to do so. Using a pad of paper, copier or stapler and other office supplies or equipment did not change me into an EOG employee in my viewpoint. I

was also able to decide whether to drive my truck to the office for extra pay, or to use my own phone or a phone from EOG.

13   I have reviewed this written statement in detail, and made any changes that I think are appropriate to make it true and correct according to my personal knowledge. I declare under penalty of perjury that this statement is true and correct.

Signed this the 25 day of October, 2017

*Monty Daniel*