IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JEVAN SNEAD, Individually and On Behalf of Others Similarly Situated<br><br>PLAINTIFF,<br><br>V.<br><br>EOG RESOURCES, INC.,<br><br>DEFENDANT. | § § § § § § § § § § § § § | CIVIL ACTION NO. 5:16-cv-01134-OLG |

## DEFENDANT EOG RESOURCES, INC.'S PROPOSED VOIR DIRE

Pursuant to Local Rule 16(e), Defendant EOG Resources, Inc. ("EOG") files the following list of questions that EOG desires the Court to ask prospective jurors:

1. Does anyone know any of the lawyers representing the parties? Michael Starzyk and April Walters for Plaintiff; Carter Crow and Kimberly Cheeseman for Defendant.

2. The plaintiff in this case is Jevan Snead. Does anyone know Mr. Snead?
    a. If yes, please explain how.
    b. Do you have any positive or negative feelings about Mr. Snead?

3. Has anyone else heard of Jevan Snead?
    a. If yes, please explain how.
    b. Do you have any positive or negative feelings about Mr. Snead?

4. Have you or your family members attended the University of Mississippi ("Ole Miss")?
    a. Please identify who attended Ole Miss and when.

5. The defendant in this case is EOG Resources, Inc. Have any of you or your family members had any personal dealings with EOG in any capacity?
    a. Can you please explain in what capacity?
    b. Have you had any negative experiences with EOG or do you hold any negative feelings toward EOG?

6. Is there anyone else who has any positive or negative feelings toward EOG for any reason?
    a. Please explain.

7. Have you or anyone in your family ever worked in the oil/gas or energy business?
    a. If yes, for what companies, job title and when.
    b. Were you or your family member an independent contractor or an employee of that business?

8. Is there anyone here who has any negative feelings about the oil/gas/energy industry, including treatment of oil/gas workers?
    a. Please explain.

9. Have any of you ever worked for a temp agency?
    a. What company and what type of temp work did you do? How many years?
    b. Were you an employee of the temp agency?
    c. Did you receive your paycheck from the temp agency or the company where you were placed?

10. Has anyone on this panel or one of your family members made a claim, formal or informal, for unpaid wages or unpaid overtime compensation?
    a. Name of the employer?
    b. Did they hire a lawyer? Did they file a claim?
    c. What was the resolution? Were they happy with the resolution?

11. Other than the people I just spoke to, is there anyone on this panel or one of your family members who does not receive overtime pay for overtime hours but you believe should receive such?
    a. Please explain.

12. Is there anyone on this panel or one of your family members who held a job in the past and did not receive pay for overtime and you believe should have received such?
    a. Please explain.

13. Putting aside claims for overtime, have any of you or a member of your family filed any other type of claim against their employer?
    a. Please describe the claim and how it was resolved. Was it resolved to your satisfaction?

14. Have you or a family member filed any other type of lawsuit or claim for money damages except in an auto accident dispute or divorce/custody dispute?
    a. Please provide details.

15. Have you ever worked in Human Resources for any company?
    a. Which company and how many years?

16. Have any of you ever worked for a governmental agency such as the IRS or Workforce Commission that deals with the categorization of workers as employees or independent contractors?
    a. Name of agency, job title, and years.

17. As part of your job, have any of you dealt with any of the following issues:

    a. The categorization of workers as employees or independent contractors? If yes, please explain.
    b. W9s and 1099s? If yes, please explain.
    c. Employment contracts or agreements? If yes, please explain.

18. Have any of you ever sent a W9 for yourself, a family member or family business to a company in order to be paid for services?

19. Have any of you ever worked as an independent contractor and received a 1099 from a company or individual?
    a. For what type of work?

20. On your tax return, have any of you ever filed a:
    a. Schedule C Profit and Loss from Business? For what business?
    b. Form 8829 for expenses for business use of your home or Form 4562 for depreciation and amortization of automobile used for business? For what business?
    c. Form 2106 for Employee Business Expenses? For what job?

21. Have any of you ever worked as an accountant preparing tax forms or in an accounting office?
    a. If yes, name of office and when.

22. Is there anyone here who believes, as a general rule, that most large corporations treat their employees unfairly or take advantage of them?
    a. Please explain.

23. This involves a claim by Mr. Snead that he was improperly classified as an independent contractor rather than an employee of EOG and that he was entitled to receive overtime. EOG disagrees and believes he was an independent contractor, not an employee, and that he was properly paid. Without hearing any more, is anyone already leaning, even a little bit, in favor of Mr. Snead because he is an individual suing a large corporation?

24. Has anyone ever been a supervisor or manager over other employees?
    a. Name of employer and job title.

25. In this civil case the burden of proof required of the Plaintiff is by a preponderance of the evidence, meaning more probably true than not true. Will you be able to return a verdict for Defendant if the Plaintiff fails to satisfy his burden of proof on any or all elements of the claim?

26. Does anyone feel that the Defendant should be required to disprove all or some of Plaintiff's allegations in this trial?

27. Does any member of the jury panel feel that merely because we are starting trial that there must be some merit to the allegations in Plaintiff's claim?

28. Does anyone know any of the individuals who may be called as witnesses by Plaintiff or Defendant? [Names from Parties' witness lists].

29. Is there anything I haven't asked about that you are surprised I didn't ask, that you think we ought to know, or that you believe might affect your ability to be a fair and impartial juror—fair to both sides in this case.


Dated: January 31, 2018

Respectfully submitted,

 /s/ *Carter Crow*
M. Carter Crow
State Bar No. 05156500
Kimberly F. Cheeseman
State Bar No. 24082809

**Norton Rose Fulbright US LLP**
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
carter.crow@nortonrosefulbright.com

*Attorneys for Defendant EOG Resources, Inc.*

## **CERTIFICATE OF SERVICE**

This pleading was served on the following opposing counsel in compliance with Rule 5 of the Federal Rules of Civil Procedure on January 31, 2018.

**Counsel for Plaintiffs:**
Michael A. Starzyk
April L. Walter
Matthew S. Yezierski
Megan M. Mitchell
Starzyk & Associates, P.C.
10200 Grogans Mill Rd., Suite 300
The Woodlands, Texas 77380
Telephone:  (281) 364-7261
Facsimile:  (281) 364-7533
mstarzyk@starzyklaw.com
awalter@starzyklaw.com
myezierski@starzyklaw.com
mmitchell@starzyklaw.com

                                             */s/ Kimberly Cheeseman*
                                             Kimberly F. Cheeseman