UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
FEB 22 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

JEVAN SNEAD, individually and on behalf )
of all others similarly situated, )
)
        *Plaintiff*, )
)
v. )   Civil No. 5:16-CV-1134-XR
)
EOG RESOURCES, INC., )
)
        *Defendant*. )

## VERDICT FORM

QUESTION NO. 1

    Has Plaintiff Jevan Snead proved that he was an employee of Defendant EOG Resources, Inc.?

Answer "Yes" or "No."      _____No_____

If you answer is "Yes," answer the next question. If your answer is "No," do not answer any further questions. The foreperson should sign and date the form of the verdict on the final page.

## QUESTION NO. 2

What were the average number of hours that you believe Plaintiff Snead worked per workweek?

Average Hours Per Workweek Worked            _____

QUESTION NO. 3

      Has Plaintiff Jevan Snead proved that Defendant either knew its conduct was prohibited by the FLSA or showed reckless disregard for whether its conduct was prohibited by the FLSA?

Answer "Yes" or "No."  _____

## **VERDICT**

We the jury, return the foregoing as our unanimous verdict.

_____          2/22/18
Signature of Foreperson             Date