UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
FEB 22 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| JEVAN SNEAD, individually and on behalf of all others similarly situated, ) ) ) *Plaintiff*, ) ) v. ) ) EOG RESOURCES, INC., ) ) *Defendant*. ) | Civil No. 5:16-CV-1134-XR |

## FINAL JUDGMENT

This action was tried before a jury from February 20, 2018, through February 22, 2018, with the Honorable Xavier Rodriguez, District Judge, presiding, and the jury has rendered a verdict.

It is, therefore, ORDERED AND ADJUDGED that the Plaintiff Jevan Snead recover nothing from Defendant EOG Resources, Inc., that the action be dismissed on the merits, and that Defendant be awarded costs. Defendant is directed to file a Bill of Costs, in the form required by the Clerk of Court, within fourteen days of entry of this Judgment pursuant to Local Rule 54.

It is so ORDERED.

SIGNED this 22nd day of February, 2018.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE